# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**182**

**CA 12-01501**

PRESENT: SCUDDER, P.J., CENTRA, LINDLEY, SCONIERS, AND MARTOCHE, JJ.

---

VELOCITY INVESTMENTS, LLC, PLAINTIFF-RESPONDENT,

V                                                                    ORDER

EVE MARIE COCINA, DEFENDANT-APPELLANT.

---

LAW OFFICES OF KENNETH HILLER, PLLC, AMHERST (SETH J. ANDREWS OF COUNSEL), FOR DEFENDANT-APPELLANT.

MALEN & ASSOCIATES, P.C., WESTBURY (ADAM HUGHES OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---------------------------------------------------------------------------------------------------------------

　　　　Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered August 10, 2011. The order granted in part the motion of defendant for attorneys' fees, costs and disbursements.

　　　　Now, upon the stipulation of discontinuance signed by the attorneys for the parties on April 8, 2013, and filed in the Erie County Clerk's Office on April 24, 2013,

　　　　It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  July 19, 2013                                    Frances E. Cafarell
                                                           Clerk of the Court